SAMUEL COHEN v. MABIE-NEWBERY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before January 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAPLE HOLDING CORPORATION v. WEICHMAN-HARTE REALTY CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before January 22, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB HANAUER, Doing Business, etc., v. NATIONAL SURETY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before January 22, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZURKOW & SON, INC., v. MAURICE L. ROTHSCHILD, INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before January 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX ZURKOW v. MAURICE L. ROTHSCHILD, INC., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before January 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DEL BALSO CONSTRUCTION CORPORATION and Others v. GEORGE J. GILLESPIE and Others.— Motion granted; questions certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT W. PEERY v. HUGH F. DICKSON.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM H. QUINLAN, Doing Business, etc., v. LAWRAD BUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARMAND DE RICHELIEU, Respondent, v. HUNTINGTON JACKSON and Others, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

ARMAND DE RICHELIEU, Respondent, v. HUNTINGTON JACKSON and Others, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

HAL HODES, Respondent, v. DONALD J. DELANCEY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER LANE and Another (Formerly ALEXANDER LICHTENSTEIN and Another), as Surviving Executors and Trustees, etc., of BENJAMIN LICHTENSTEIN, Deceased, Appellants, v. CHANTILLY CORPORATION and Another, Defendants. JOHN M. MOODY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Finch, J., dissent on the authority of McCarter v. Crawford (245 N. Y. 43).